**Order entered October 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01340-CV

### IN RE SEVEN HILLS COMMERCIAL, LLC, Relator

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06312-D**

## ORDER
Before Justices Bridges, Lang-Miers, and Lewis

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Ken Tapscott, Judge of the County Court at Law No. 4 of Dallas County, to **VACATE** the portions of his September 11, 2013 order granting first amended application to stay and dismiss arbitration and denying plaintiff's motion to compel arbitration and stay/abate or, alternatively, to compel arbitration and dismiss and of his September 18, 2013 amended order that require dismissal of the arbitration. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **ORDER** that relator recover its costs of this original proceeding from real parties in interest.

/s/ DAVID LEWIS
   JUSTICE